COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-249-CV

 

 

ROSS STRATMAN                                                               APPELLANT

 

                                                   V.

 

FRANK R. JELINEK                                                                 APPELLEE

 

                                               ----------

 

            FROM
THE 141ST DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

 

                                              ------------

 

On July 14, 2008, we sent
appellant a second written notice, in accordance with Texas Rule of Appellate
Procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee
was paid by July 24, 2008.  See Tex. R. App. P. 42.3(c).  Appellant has not paid the $175 filing
fee.  See Tex. R. App. P. 5, 12.1(b).








Because appellant has failed
to comply with a requirement of rule 42.3(c) and the Texas Supreme Court=s order of August 28, 2007,[2]
we dismiss the appeal.  See Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs
of this appeal, for which let execution issue. 
See Tex. R. App. P.
43.4.

 

PER CURIAM

 

PANEL
D:  CAYCE, C.J.; LIVINGSTON and
DAUPHINOT, JJ.

 

DELIVERED:  July 31, 2008











[1]See Tex. R. App. P. 47.4.





[2]See
Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the
Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing
fees in courts of appeals).